# FILED

## UNDER

# SEAL

DANIEL G. BOGDEN
United States Attorney
Kimberly Frayn
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6271

## UNITED STATES DISTRICT COURT
### District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DUVAUGHN BUTLER<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:12-CR-00004-APG-GWF-26<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br>PRETRIAL RELEASE |

Attached hereto and expressly incorporated herein is a is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Kamu Kapanui, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 20th day of December, 2013.

DANIEL G. BOGDEN
United States Attorney

By __/S/_____
Kimberly Frayn
Assistant U. S. Attorney

PS 8
(Revised 12/04)

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

U.S.A. vs. DUVAUGHN BUTLER                              Docket No. 2:12-CR-00004-APG-GWF-26

### Petition for Action on Conditions of Pretrial Release

COMES NOW KAMU KAPANUI, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant DUVAUGHN BUTLER who was placed under pretrial release supervision by the Honorable Peggy A. Leen, in the Court at Las Vegas, Nevada on March 15, 2012 on a Personal Recognizance Bond, with the following conditions:

1) Pretrial Services Supervision.
2) Maintain or actively seek employment and notify Pretrial Services prior to any change.
3) Travel restricted to Clark County, Nevada unless otherwise approved by Pretrial Services.
4) You shall not use any identifiers, access devices, or accounts unless under your true name.
5) You are prohibited from having any access to computers or connecting devices (PDA's, Cell Phones, Playstations, etc.) at home or employment which has internet access, Instant Messaging, IRC Servers, and the World Wide Web.
6) Maintain residence with aunt.

Respectfully presenting petition for action of Court and for cause as follows:

1) On December 19, 2013, the defendant was arrested by the by the U.S. Postal Inspection Service and charged with Possession of Credit Card Without Owner's Consent.
2) On December 19, 2013, the defendant admitted to having a computer that can access the internet, and physically accessing the internet via that device.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this ____ day of December, 2013 and ordered filed and made a part of the records in the above case. | Executed on this 20th day of December, 2013. Respectfully Submitted, |
| _____ Honorable Andre P. Gordon U.S. District Judge | Kamu Kapanui United States Pretrial Services Officer Place: Las Vegas, Nevada |

AO 442   (Rev. 10/03)   Warrant for Arrest

## UNITED STATES DISTRICT COURT

District of     Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>Duvaughn BUTLER | **WARRANT FOR ARREST**<br><br>Case    2:13-cr-00004-APG-GWF-26 |

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to     Duvaughn Butler
                                                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☒ Violation Notice

charging him or her with    (brief description of offense)

Petition for Action on Conditions of Pretrial

in violation of      18      United States Code,      3148(b)

Name of Issuing Officer                              Signature of Issuing Officer

Title of Issuing Officer                               Date and Location

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED<br><br>DATE OF | NAME AND TITLE OF ARRESTING | SIGNATURE OF ARRESTING OFFICER |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   Duvaughn Delkeith Butler

ALIAS: _____

LAST KNOWN RESIDENCE:   919 Bagpipe Court, North Las Vegas, NV 89032

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH:   San Francisco, CA

DATE OF BIRTH:   07/05/1974

SOCIAL SECURITY NUMBER:   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

HEIGHT:   6'1                                             WEIGHT:   185

SEX:   Male                                              RACE:   Black

HAIR:   Black                                            EYES:   Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER:   764153MB0

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____