AO 442 (Rev. 10/03) Warrant for Arrest

___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

**UNITED STATES DISTRICT COURT**

District of _____ Nevada

JAN 17 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA

v.

Duvaughn BUTLER

2224090

**WARRANT FOR ARREST**

Case 2:13-cr-00004-APG-GWF-26

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Duvaughn Butler _____
                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice

charging him or her with (brief description of offense)

Petition for Action on Conditions of Pretrial

in violation of ___18___ United States Code, _____3148(b)_____

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

12/20/2013 Las Vegas, NV
DATE

RECEIVED
UNITED STATES MARSHAL
DISTRICT OF NEVADA
2013 DEC 20 PM 4 16

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

LAS VEGAS, NV

DATE RECEIVED: 12/20/13
DATE OF ARREST: 12/20/13

NAME AND TITLE OF ARRESTING OFFICER

SIGNATURE OF ARRESTING OFFICER