1

2             **UNITED STATES DISTRICT COURT**

3               **DISTRICT OF NEVADA**

4                    **\* \* \***

5

6   UNITED STATES OF AMERICA,        )
                                     )
7              Plaintiff,            )
                                     )        2:12-cr-04-APG-GWF-26
8   v.                               )
                                     )             **O R D E R**
9   DUVAUGHN BUTLER,                 )
                                     )
10                                   )
                                     )
11                                   )
              Defendant.             )
12  _____ )

13

14       On **February 4, 2014,** this matter came before the Court for

15  hearing on the Petition for action on the defendant's conditions of

16  pretrial release (#557).  The defendant was present with counsel.

17       The defendant did not contest the allegations and consented to

18  detention pending trial.

19       The Court has considered the information offered by the

20  Government, defendant's admission that he has been arrested and his

21  consent to detention, and finds as follows:

22       There is clear and convincing evidence that the defendant has

23  violated his condition(s) of release, including being arrested

24  while on release; and

25       There is clear and convincing evidence that the defendant is

26  unlikely to abide by any condition or combination of conditions of

27  release.

28       ACCORDINGLY, IT IS THEREFORE ORDERED pursuant to the provisions

of 18 U.S.C. § 3148 that the release order heretofore entered on **March 15, 2012** is hereby revoked.

IT IS FURTHER ORDERED that the defendant shall be detained pending Sentencing.

DATED this 5th day of February, 2014.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**