JOHN J. MOMOT, ESQ.
Nevada Bar No. 1700
YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
JOHN J. MOMOT, LTD.
520 South Fourth St., St. 300
Las Vegas, NV 89101
(702) 385-7170
Attorney for Defendant
DUVAUGHN BUTLER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:12-CR-004-APG-GWF-26 |
| ) | |
| vs. ) | |
| ) | **STIPULATION TO CONTINUE** |
| DUVAUGHN BUTLER, ) | **SENTENCING DATE (FIRST** |
| ) | **REQUEST)** |
| Defendants. ) | |

COMES NOW, Defendant, DUVAUGHN BUTLER ("Mr. Butler"), by and through his attorney, JOHN J. MOMOT, ESQ. and YI LIN ZHENG, ESQ., of John J. Momot, Ltd., 520 S. Fourth St., Ste. 300, Las Vegas, NV 89101, and the United States being represented by and through the United States Attorney Office.

The Presentence Investigation Report (PSR) was disclosed on May 22, 2014. However, Counsel was unable to meet with Mr. Butler at the Nevada Southern Detention Center until June 13, 2014 to review the PSR and to submit any objections/corrections to the PSR and a sentencing memorandum, as necessary. During counsel's review of the PSR with Mr. Butler, there was information contained in the PSR that counsel requires additional time to investigate and to verify prior to the submission any objections/corrections to the PSR to U.S. Probation and a sentencing

JOHN J. MOMOT
YI LIN ZHENG

memorandum to this Court. As such, a continuance of the sentencing is sought to allow counsel additional time to do so.

Defense counsel contacted AUSA Kimberly M. Frayn to inform her of the same, and to request a continuance of the sentencing in the case at hand for the reasons stated above, which the Government had no objection to the defense's request.

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and between the parties hereto, that the SENTENCING date in the above referenced case may be continued from Thursday, June 26, 2014, for approximately forty-five (45) days, on or about August 11, 2014, or until such time as convenient to the Court.

STIPULATION entered by:

/s/
JOHN J. MOMOT, ESQ.
Nevada Bar No. 1700
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
Attorney for Defendant

/s/
DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN, ESQ.
Assistant United States Attorney
333 Las Vegas Blvd. South, 5th Fl.
Las Vegas, Nevada 89101

1  
2  JOHN J. MOMOT, ESQ.  
   Nevada Bar No. 1700  
3  YI LIN ZHENG, ESQ.  
   Nevada Bar No. 10811  
4  JOHN J. MOMOT, LTD.  
   520 South Fourth St., St. 300  
5  Las Vegas, NV  89101  
   (702) 385-7170  
6  Attorney for Defendant  
   DUVAUGHN BUTLER  
7  

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:12-CR-004-APG-GWF-26 |
| ) | |
| vs. ) | |
| ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING DATE (FIRST** |
| DUVAUGHN BUTLER, ) | **REQUEST)** |
| ) | |
| Defendants. ) | |
| ) | |

Upon Stipulation of the parties:

**IT IS HEREBY ORDERED** that the SENTENCING date in the above referenced case shall be continued from Thursday, June 26, 2014, at 9:00 a.m., to _____ at _____ a.m./p.m., Courtroom _____.

DATED this _____ day of June, 2014.

_____  
HONORABLE JUDGE ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE

JOHN J. MOMOT  
YI LIN ZHENG