JOHN J. MOMOT, ESQ.
Nevada Bar No. 1700
YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
JOHN J. MOMOT, LTD.
520 South Fourth St., St. 300
Las Vegas, NV  89101
(702) 385-7170
Attorney for Defendant
DUVAUGHN BUTLER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-CR-004-APG-GWF-26 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO CONTINUE** |
| DUVAUGHN BUTLER, | ) | **SENTENCING DATE (SECOND** |
| | ) | **REQUEST)** |
| Defendants. | ) | |
| | ) | |

Upon Stipulation of the parties:

**IT IS HEREBY ORDERED** that the SENTENCING date in the above referenced case

shall be continued from Wednesday, August 6, 2014, at 10:00 a.m., to September 25, 2014

at 11:30 a.m.,                    .  Courtroom   6C        .

DATED this 31st day of July, 2014.

_____
HONORABLE JUDGE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
JOHN J. MOMOT, ESQ.
SUITE 300
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-7170

JOHN J. MOMOT
YI LIN ZHENG