RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Davaughn Butler

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DAVAUGHN BUTLER, <br> Defendant. | Case No. 2:12-cr-00004-APG-EJY-26 <br> ORDER TO CONTINUE INITIAL APPEARANCE <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Davaughn Butler, that the initial appearance currently scheduled on May 31, 2022, at 2:30 p.m., be vacated and continued to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Mr. Butler did not receive a copy of the summons or any other notification about today's court appearance.

2. Mr. Butler is currently at work and would have to leave early to make today's court appearance. Because yesterday was Memorial Day, Mr. Butler will be docked yesterday's pay if he leaves early today.

3. PO Cecil McCarroll does not object to this matter being continued. Detention was/is not being sought.

4. The government does not object to this request.

This is the first request for a continuance of this hearing.

DATED this 31st day of May 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Heidi Ojeda<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By /s/ Kimberly Frayn<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00004-APG-EJY-26 |
| Plaintiff, | **ORDER** |
| v. | |
| DAVAUGHN BUTLER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the initial appearance currently scheduled for May 31, 2022 at 2:30 p.m., be vacated and continued to June 2, 2022, at 3:00 p.m., Courtroom 3A.

DATED this 31st day of May 2022.

UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

3