RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Duvaughn Butler

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DUVAUGHN BUTLER,<br><br>          Defendant. | Case No. 2:12-CR-00004-APG-EJY-26<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Duvaughn Butler, that the Revocation Hearing currently scheduled on June 21, 2022 at 3:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.   Defense counsel needs additional time to investigate the allegations in the Petition and prepare, if necessary, for the revocation hearing.

2. Defense counsel requires additional time to discuss and advise Mr. Butler regarding this matter.

3. Mr. Butler is out of custody and agrees with the need for a continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of June, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>DUVAUGHN BUTLER,<br><br>           Defendant. | Case No. 2:12-CR-00004-APG-EJY-26<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, June 21, 2022 at 2:00 p.m., be vacated and continued to July 21, 2022, at the hour of 2:30 p.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 16th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE