RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Duvaughn Butler

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00004-APG-EJY-26 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| DUVAUGHN BUTLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Duvaughn Butler, that the Revocation Hearing currently scheduled on July 28, 2022 at 2:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than one-hundred eighty (180) days.

This Stipulation is entered into for the following reasons:

1. The parties have agreed to allow Mr. Butler 180 days to resolve the alleged violations in the Petition and attain compliance with his supervised release conditions.

2. Defense counsel needs additional time to confer with Mr. Butler and prepare, if necessary, for the revocation hearing.

3. Mr. Butler is out of custody and agrees with the need for a continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 26th day of July, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DUVAUGHN BUTLER,<br><br>  Defendant. | Case No. 2:12-CR-00004-APG-EJY-26<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, June 21, 2022 at 2:00 p.m., be vacated and continued to February 2, 2023 at the hour of 1:30 p.m. in LV Courtroom 6C; or to a time and date convenient to the court.

   DATED this 27th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE

3